### EVANS v. WALRAVEN et al.

BECK, J. This case is controlled by the ruling in the case of *May* v. *May*, 146 *Ga.* 521 (91 S. E. 687), and the cases upon which that decision is based. *Judgment affirmed. All the Justices concur.* APRIL 10, 1917.

Motion to enter judgment. Before Judge Wright. Walker superior court. February 24, 1916.

*D. F. Pope*, for plaintiff. *Rosser & Shaw*, for defendants.